No. 10M88. WHITE & CASE LLP v. UNITED STATES. Motion for leave to file petition for writ of certiorari with supplemental

appendix under seal granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.